## Paul P. Rinaldo
Attorney At Law

50 Main Street, Suite 1000
White Plains, NY 10606
Cell: (914) 374-2337
Email: prinaldolaw@aol.com

> **SO ORDERED:**
> Although the defendant is being supervised in this District, the conviction and sentence imposing Mr. Sealy's supervised release was issued in the District of Maine, and, thus, this request should be made before the Maine District Court.
>
> _/s/ Judith C. McCarthy_  6-9-23
> JUDITH C. McCARTHY
> United States Magistrate Judge

VIA ECF

Honorable Judith C. McCarthy
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

  Re: <u>United States v. Theodore Sealy</u>
    16 MJ 1724

Dear Judge McCarthy:

  I have been retained to represent the defendant, Theodore Sealy, in the following application. Mr. Sealy was presented before this Court on March 14, 2016 pursuant to Rule 5(c)3. After completing a term of imprisonment pursuant to a conviction and sentence in the United States District Court, District of Maine, Mr. Sealy began a term of five years of supervised release. He is presently being supervised in the Southern District of New York by Probation Services Technician Andrew Leung.

  I respectfully request that Mr. Sealy be permitted to travel internationally for a five day cruise with his family between New York and Canada. He would depart New York for Canada on August 14, 2023 and return to New York on August 19, 2013.

  Mr. Leung has been provided an itinerary and has advised me that the Probation Department has no objection to this request.

           Respectfully requested,
           /s/
           Paul P. Rinaldo

cc: Andrew Leung
  SDNY Probation Department, via e-mail